**Opinion issued December 15, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-22-00330-CV**

———————————

**IN RE FLUID POWER EQUPMENT, INC., PEERLESS ENTERPRISES, AND ROBERT N. SHELL, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, Fluid Power Equipment, Inc., Peerless Enterprises, and Robert N. Shell, have filed a petition for writ of mandamus challenging the trial court's April 12, 2022 order denying their motion to stay arbitration.[1]  Relators assert that the

---

[1] The underlying case is *Fluid Power Equipment, Inc., Peerless Enterprises, and Robert Noble Shell v. Deborah P. Wilson, as Independent Executrix of the Estate of John William Wilson*, Cause No. 2022-06158, in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

arbitration they seek to stay attempts to "re-arbitrate and re-litigate an alleged mistake" made in an earlier arbitration award that was confirmed by the trial court in 2019. According to relators, they seek "to vindicate the policies that favor arbitration and the finality of [the earlier arbitration] award."

We deny relators' petition for writ of mandamus. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Countiss and Rivas-Molloy.